IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 04-25216 |
| National Employee Benefit Services, | Judge Arthur I. Harris |
| Debtor(s). | Chapter 7 Case |

# 14960

## TRANSMITTAL OF UNCLAIMED FUNDS

The attached check no. 125 in the amount of $76.56 and check no. 126 in the amount of $306.27 represent unclaimed funds in this estate and are paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Olivia Robinson<br>480 East 128th Street, Up<br>Cleveland, OH 44108 | 26A | $330.92 | $110.00<br>(less taxes for a net distribution of $76.56) |
| Jennifer Radin<br>20855 Chagrin Blvd., Apt. #4<br>Shaker Hts., OH 44122 | 5 | $1,248.94 | $440.00<br>(less taxes for a net distribution of $306.27) |

Dated: January 4, 2010

_____
Lauren A. Helbling (0038934), Trustee
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH 44113
Tel 216/781-1164 Fax 216/575-1405
lhelbling@epitrustee.com